UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>    v.<br><br>SEAN ENRIQUE O'KEEFE,<br><br>              Defendant. | Case No.  14cr2354-BAS<br><br>ORDER OF CRIMINAL FORFEITURE |

      WHEREAS, in the Superseding Information in the above-captioned case, the United States sought forfeiture of all right, title and interest in property of Defendant SEAN ENRIQUE O'KEEFE ("Defendant"), pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), as charged in the Superseding Information; and

      WHEREAS, on or about November 3, 2015, Defendant pled guilty to the Superseding Information, which plea included consent to the forfeiture allegations of the Superseding Information, and an agreement to entry of a $300,000 judgment against the Defendant in favor of the United States; and

      WHEREAS, by virtue of the admissions of the Defendant set out in the plea agreement and guilty plea, the Court determined that $300,000 (U.S. dollars) represents

the moneys derived from and traceable to the proceeds that the Defendant obtained directly as a result of the Defendant's participation in the conspiracy to commit mail fraud and honest services fraud, in violation of 18 U.S.C. § 1349, as charged in the Superseding Information; and

WHEREAS, by virtue of said guilty plea and the Court's findings, the United States is now entitled to an Order of Forfeiture and a judgment in its favor against the Defendant in the amount of $300,000, pursuant to 18 U.S.C. § 981(a)(1)(C) and Rule 32.2(b) of the Federal Rules of Criminal Procedure; and

WHEREAS, by virtue of the facts set forth in the plea agreement and forfeiture addendum, the United States has established the requisite nexus between the $300,000 judgment and the offense; and

WHEREAS, Rule 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment;" and

WHEREAS, the United States, having submitted the Order herein to the Defendant through his attorney of record, to review, and no objections having been received;

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. Defendant SEAN ENRIQUE O'KEEFE shall forfeit to the United States the sum of $300,000 pursuant to 18 U.S.C. § 981(a)(1)(C) in the form of a judgment in favor of the United States against the Defendant, with interest to accrue thereon in accordance with 18 U.S.C. § 3612(f) and 28 U.S.C. § 1961; and

2. This Court shall retain jurisdiction in the case for the purpose of enforcing the order of forfeiture and collecting and enforcing the judgment; and

3. Pursuant to Rule 32.2(b)(4), this Order of Forfeiture shall be made final as to the Defendant at the time of sentencing and is part of the sentence and included in the judgment; and

//
//

4. Pursuant to Rule 32.2(b)(3) the United States may, at any time, conduct discovery to identify, locate, or dispose of directly forfeitable assets and substitute assets against which this Order of Forfeiture may be enforced; and

5. The United States may, at any time, move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed $300,000 to satisfy the money judgment in whole or in part; and

6. The United States may take any and all actions available to it to collect and enforce the judgment.

DATED: July 19, 2017

*Cynthia Bashant*
Cynthia Bashant, Judge
United States District Court